# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.229.9612

Court Plaza North
25 Main Street
Hackensack, NJ 07601-7015
201.487.3700
Fax 201.646.1764

www.phillipsnizer.com

Peter W. Smith
212-841-0730
psmith@phillipsnizer.com

July 10, 2008

**BY FAX (973) 645-6659**

Jess Nelson
Criminal Docketing
United States District Court
District of New Jersey (Newark)

    Re:   *USA v. Stephan Wathne*
             NJ Crim. No. 2:08-mj-03500-MF-1
             ND CA Crim. No. 05-00594-VRW

Dear Mr. Nelson:

    As we discussed this afternoon, this firm represents Thorunn, Soffia and Berg Wathne, the sureties for bail of defendant Stefan Wathne, the Defendant in the above matter. As per your request, I have attached a July 9, 2008 Order to Modify Bail Conditions from the U.S. District Court, Northern District of California. Paragraph three of the Order provides that the share certificates for the apartments at 150 Central Park South, New York, New York shall be returned to Soffia Wathne, care of Helen Chaitman, Esq. of this firm.

    As you suggested, I called Michael Cuccia of the Office of the U.S. Attorney and asked him to contact you regarding the return of the shares as per the Order.

    We greatly appreciate your expediting the return of the shares. This firm's Federal Express account number is 0100-2146-4. Please send the shares to us via Federal Express:

        Helen Davis Chaitman, Esq.
        Phillips Nizer LLP
        666 Fifth Avenue
        New York, New York 10103-0084
        (212) 977-9700

1050282.1

**PHILLIPS NIZER** LLP

Jess Nelson
United States District Court
District of New Jersey (Newark)
July 10, 2008
Page 2

    Please call me if you would prefer that we send a messenger to pick up the shares, or if you have any questions. Thank you very much.

                        Very truly yours,

                        Peter W. Smith

PWS:leb
Enclosure

1050282.1

JUL-10-2008 17:06     PHILLIPS NIZER LLP                    212 262 5152     P.04
Case 2:08-mi-03500-MF Document 5 Filed 07/15/08 Page 4 of 10
Case 3:05-cr-00594-VRW Document 46 Filed 07/09/2008 Page 1 of 2
Case 3:05-cr-00594-VRW     Document 45    Filed 07/09/2008    Page 1 of 2

Cristina C. Arguedas, Esq. (CSB 87787)
Ted W. Cassman (CSB 98932)
Michael W. Anderson (CSB 232525)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant Stefan Wathne

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>-against-<br><br>STEFAN WATHNE,<br><br>Defendant. | Crim. No. 05-00594-VRW |
|---|---|

## [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS

For good cause appearing, the bail order previously entered in this case is modified as follows:

1. Defendant Wathne's motion to return the Share Certificates for the apartments at 150 Central Park South, New York, New York to the surety is **GRANTED**.

    *and affected surety*

2. Defendant Wathne shall notify the government thirty days before any of the above properties owned by the surety can be sold.

3. The Share Certificates shall be returned to Soffia Wathne, care of Helen Chaitman, Esq., Phillips Nizer Law Firm, 666 5th Avenue, New York NY, 10103-0084.

JUL-10-2008 17:07 PHILLIPS NIZER LLP 212 262 5152 P.05

Case 2:08-mi-03500-VRW Document 5 Filed 07/09/2008 Page 2 of 2
Case 3:05-cr-00594-VRW Document 46 Filed 07/09 Page 4 of 4 PageID: 11
Case 3:05-cr-00594-VRW Document 45 Filed 07/09/2008 Page 2 of 2

4. All other conditions of bail shall remain the same, absent further order.

IT IS SO ORDERED.

Dated: July __9__, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge